UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMES PIPPER,   Case No: 2:16-cv-14354-AC-EAS
                Hon. Avern Cohn
      Plaintiff,   Magistrate Judge Elizabeth A. Stafford

-vs-

JOHN TOLFREE HOSPITAL d/b/a
WEST BRANCH REGIONAL MEDICAL CENTER, P.C.,
MANDHIR JAMWAL, M.D. & PRIMARY CARE, P.C.

      Defendants

---

| | |
|---|---|
| Scott Weidenfeller (P56001)<br>Attorney for Plaintiff<br>115 E. Dunlap<br>Northville, MI 48167<br>(269) 924-2330<br>scott@michiganmedicallawyer.com<br><br>DOUGLAS C. SMITH (P30271)<br>ALAN R. SULLIVAN (P41613)<br>Attorneys for JTH d/b/a WBRMC<br>900 Washington Ave., P.O. Box 219<br>Bay City, MI 48707-0219<br>(989) 892-3924<br>dsmith@smpklaw.com<br>asullivan@smpklaw.com | J. BRIAN MacDONALD (P-25887)<br>CLINE, CLINE & GRIFFIN, P.C.<br>Attorney for Defendants Jamwal & P.C<br>503 S. Saginaw St., Ste. 1000<br>Flint, MI 48502<br>(810) 232-3141<br>bmacdonald@ccglawyers.com |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    **NOW COME** the parties hereto, by and through their respective counsel, and **STIPULATE AND AGREE** that this cause of action shall be dismissed as to Defendants, Mandhir Jamwal, M.D. & Primary Care, P.C., with prejudice and without an award of fees and/or costs to either party.

Dated:   October 16, 2017      /s/ Scott Weidenfeller
                                                   Scott Weidenfeller (P-56001)
                                                   Attorney for Plaintiff

Dated:   October 16, 2017      /s/ J. Brian MacDonald
                                                   J. Brian MacDonald (P-25887)
                                                   Attorney for Defendants Jamwal & Primary Care

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMES PIPPER,   Case No: 2:16-cv-14354-AC-EAS
  Hon. Avern Cohn
  Plaintiff,   Magistrate Judge Elizabeth A. Stafford

-vs-

JOHN TOLFREE HOSPITAL d/b/a
WEST BRANCH REGIONAL MEDICAL CENTER, P.C.,
MANDHIR JAMWAL, M.D. & PRIMARY CARE, P.C.

  Defendants

---

| | |
|---|---|
| Scott Weidenfeller (P56001)<br>Attorney for Plaintiff<br>115 E. Dunlap<br>Northville, MI 48167<br>(269) 924-2330<br>scott@michiganmedicallawyer.com<br><br>DOUGLAS C. SMITH (P30271)<br>ALAN R. SULLIVAN (P41613)<br>Attorneys for JTH d/b/a WBRMC<br>900 Washington Ave., P.O. Box 219<br>Bay City, MI 48707-0219<br>(989) 892-3924<br>dsmith@smpklaw.com<br>asullivan@smpklaw.com | J. BRIAN MacDONALD (P-25887)<br>CLINE, CLINE & GRIFFIN, P.C.<br>Attorney for Defendants Jamwal & P.C<br>503 S. Saginaw St., Ste. 1000<br>Flint, MI 48502<br>(810) 232-3141<br>bmacdonald@ccglawyers.com |

## ORDER OF DISMISSAL WITH PREJUDICE

**PRESENT: HONORABLE AVERN COHN**

The court being fully advised in the premises, and having reviewed the above Stipulation for Dismissal with Prejudice signed by the parties;

**IT IS HEREBY ORDERED** that this cause of action be dismissed as to Defendants, Mandhir Jamwal, M.D. and Primary Care, P.C., with prejudice, and without an award of fees and/or costs to either party. **This Order does not resolve the last pending claim nor close the case.**

Date: 12/8/2017   s/Avern Cohn
  Hon. Avern Cohn
  U.S. District Court Judge